Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Email: Mark_Ahlemeyer@fd.org
(503) 326-2123 Telephone

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:25-CR-00108-AN-1 |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b) |
| ADAM MATTHEW LANSKY, | |
| Defendant. | |

Defendant Adam Matthew Lansky, by and through his counsel of record, Mark

Ahlemeyer, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal

Procedure 10(b).

By his signature below, defense counsel certifies that defendant has reviewed the

Indictment filed in this case on March 18, 2025; that defendant knows and understands the

accusations against him; and, that defendant is aware that he is entitled to be arraigned in open

court. Defense counsel further certifies that defendant waives his right to be present in open court

for arraignment, the right to a reading of the Indictment or the stating of the substance of the

WAIVER OF ARRAIGNMENT                                                    Page 1

charge in open court, and that defendant enters a plea of Not Guilty and a denial of the Forfeiture

Allegations.

Prior to filing, defense counsel provided the Government a copy of this notice. Defense

counsel certifies that the Government objects to this waiver.

Defendant respectfully requests that the Court accept this waiver and schedule this matter

for a jury trial.

Dated: April 2, 2025.

Respectfully submitted,


*/s/Mark Ahlemeyer*
Mark Ahlemeyer

---

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P.

10(b) is accepted and a Not Guilty plea and denial of any Forfeiture Allegation is entered on

behalf of defendant.

DATED this _____ day of _____, _____.


UNITED STATES MAGISTRATE JUDGE