Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
Email: Mark_Ahlemeyer@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00108-AN-1 |
| Plaintiff, | |
| v. | FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |
| ADAM MATTHEW LANSKY, | |
| Defendant. | |

Defendant, Adam Matthew Lansky, through his attorney, Mark Ahlemeyer, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for May 20, 2025, for a period of approximately 91 days, to August 19, 2025, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Parakram Singh.

Mr. Lansky is charged by Indictment with two counts of Attempted Arson of Property Used in Interstate Commerce, in violation of Title 18, U.S.C., § 844(1). Mr. Lansky is currently

PAGE 1.   FIRST MOTION TO CONTINUE TRIAL

detained. Additional time is needed for the defense to investigate, review discovery, meet with Mr. Lansky, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 91-day period from May 20, 2025, through August 19, 2025, under the Speedy Trial Act. The ends of justice are served by a 91-day continuance of this matter.

Mr. Lansky understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: April 28, 2025.

*/s/ Mark Ahlemeyer*
Mark Ahlemeyer, OSB #095997