Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Email: Mark_Ahlemeyer@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00108-AN-1 |
| Plaintiff, | |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED FIRST MOTION TO CONTINUE TRIAL DATE |
| ADAM MATTHEW LANSKY, | |
| Defendant. | |

I, Mark Ahlemeyer, declare:

1.      I am counsel of record in this matter for the defendant, Adam Matthew Lansky.

2.      A continuance of the current trial date of May 20, 2025, to a date at least 91 days from the present setting is necessary as more time is required to continue discovery review, identify necessary research and investigation tasks to be conducted, consult with and effectively advise Mr. Lansky and adequately prepare the case.

3.      I have spoken with the defendant and explained the reasons for requesting a continuance and his rights under the Speedy Trial Act. Mr. Lansky agrees with the reasons for the continuance and waives her rights to a speedy trial.

**PAGE 1.   DECLARATION OF COUNSEL IN SUPPORT OF FIRST UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

4.      Assistant United States Attorney Parakram Singh has been contacted and does not object to this continuance.

5.      This declaration is made in good faith and in support of the motion for continuance of the trial date in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on April 28, 2025, in Portland, Oregon.

 */s/ Mark Ahlemeyer*
Mark Ahlemeyer, OSB #095997

**PAGE 2.  DECLARATION OF COUNSEL IN SUPPORT OF FIRST UNOPPOSED MOTION TO CONTINUE TRIAL DATE**